**In the United States District Court**
**For the Southern District of Georgia**
**Brunswick Division**

```
LOPE A. LOPEZ-ORTEGA,           *
                                *
        Petitioner,              *      CV 216-154
                                *
    v.                           *
                                *
WARDEN TRACY JOHNS,              *
                                *
        Respondent.              *
```

## ORDER

Presently before the Court is the Magistrate Judge's April 21, 2017, Report and Recommendation, dkt. no. 12, to which Petitioner Lope A. Lopez-Ortega ("Lopez-Ortega") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Lopez-Ortega's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Lopez-Ortega leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 25 day of May, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)